IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THEODORE HAUGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>STRIPE, INC., a DELAWARE CORPORATION; ROBLOX CORPORATION, a DELAWARE CORPORATION; AND DOE DEFENDANTS 1-50,<br><br>Defendants. | CV 26-00373 HG-RT |

**ORDER ADOPTING WITH MODIFICATION THE FINDINGS AND RECOMMENDATION TO GRANT APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS AND DISMISSING WITHOUT PREJUDICE THE FIRST AMENDED COMPLAINT (ECF No. 7)**

**AND**

**GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT**

The Findings and Recommendation having been filed and served on all parties on August 31, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the FINDINGS AND RECOMMENDATION TO GRANT APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS AND DISMISSING WITHOUT PREJUDICE THE FIRST AMENDED COMPLAINT (ECF No. 7) is **ADOPTED WITH MODIFICATION** as the opinion and order of this Court.

**MODIFICATION**

1. On page 4, FN 2, line 2, INSERT "been" before "awarded."

2. On page 4, FN 2, line 3, REPLACE "courts" with "course."

3. On page 5, line 1, REPLACE "88" with "77."

4. On page 6, line 20, REPLACE "71-88" with "77-88."

5. On page 7, line 10, REPLACE "That" with "that."

**CONCLUSION**

Plaintiff is GRANTED LEAVE to file a Second Amended Complaint that cures the deficiencies in the First Amended Complaint on or before **Friday, October 16, 2026.**

Failure to file a Second Amended Complaint that cures all the deficiencies in the First Amended Complaint and that is in full conformance with the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court on or before the deadline will result in the automatic dismissal of the case.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, September 17, 2026.

Helen Gillmor
United States District Judge

Theodore Haugland v. Stripe, Inc., Stripe, Inc., Doe Defendants 1-50; 26-cv-00373-HG-RT; ORDER ADOPTING WITH MODIFICATION THE FINDINGS AND RECOMMENDATION TO GRANT APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS AND DISMISSING WITHOUT PREJUDICE THE FIRST AMENDED COMPLAINT (ECF No. 7) AND GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT